**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-2842**

———————————

HARTWELL E. EDWARDS; MYRA R. EDWARDS,

Plaintiffs - Appellants,

versus

CHARLES BREW, Detective, Badge #1376,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
95-1704-DKC, CA-95-3094-DKC)

———————————

Submitted: May 15, 1997          Decided: May 28, 1997

———————————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Hartwell E. Edwards, Myra R. Edwards, Appellants Pro Se. Sean
Daniel Wallace, Crystal Renee Mittelstaedt, COUNTY ATTORNEY'S
OFFICE, Upper Marlboro, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order granting the Defendant's motion for summary judgment and denying relief on their 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Edwards v. Brew</u>, Nos. CA-95-1704-DKC; CA-95-3094-DKC (D. Md. Nov. 8, 1996). Appellants' motion to stay proceedings is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2